IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| M, A, YAH,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska; AARON HANSON, Sergeant of the Omaha Police Department; and OMAHA POLICE DEPARTMENT,<br><br>    Defendants. | 8:22CV375<br><br>**ORDER** |

  This matter is before the Court on plaintiff M, A, Yah's ("Yah") pro se Notice of Appeal (Filing No. 13). Yah proceeded pro se in the district court after paying the requisite filing and docket fees. Now, he has neither submitted the requisite $505 filing and docket fees for his appeal, *see* Fed. R. App. P. 3(e), nor requested leave to proceed in forma pauperis, *see* Fed. R. App. P. 24(a)(3). The rules require one or the other.

  If Yah seeks to proceed in forma pauperis, he must file a motion in this Court and "attach an affidavit that (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."

  In light of the foregoing,

  IT IS ORDERED:

1. The Clerk of Court is directed to send copies of this Order and the proper form affidavit to M, A, Yah at his address of record.
2. Yah must submit the required $505.00 fees to the Clerk's Office or file a motion to proceed in forma pauperis and completed affidavit within 30 days of the date of this Order, at which time the Court will evaluate his request.

2

Dated this 12th day of April 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2